Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant Gatestone & Co. International, Inc. and Nicholas C. Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LEE CARLSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> GATESTONE & CO. INTERNATIONAL, INC. a Delaware corporation; NICHOLAS C. WILSON, individually and in his official capacity; and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No: <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Gatestone & Co. International, Inc.

2. Nicholas C. Wilson

                      Respectfully submitted,

Dated: 3/31/2017        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                      */s/Harijot S. Khalsa*
                      Harijot S. Khalsa
                      Attorney for Defendants